# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| DEVAN MICHAEL ANTHONY, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00359 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERALD MCPEAK, | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This <u>28th</u> day of March, 2016.

                                                          _____
                                                          NORMAN K. MOON
                                                          UNITED STATES DISTRICT JUDGE